**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6908**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAYMOND CRAIG JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta C. Biggs, District Judge.  (1:15-cr-00199-LCB-2)

Submitted:  April 25, 2023                                             Decided:  April 27, 2023

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raymond Craig Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Craig Johnson appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Upon review of the record, we conclude that the district court did not abuse its discretion in denying Johnson's compassionate release motion. *See United States v. Ferguson*, 55 F.4th 262, 271 (4th Cir. 2022). Accordingly, we affirm the district court's order. *United States v. Johnson*, No. 1:15-cr-00199-LCB-2 (M.D.N.C. July 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*